### In Re: Nominating Petition of R. Seth WILLIAMS.

### Appeal of: R. Seth Williams.

### No. 506 C.D. 2009.

Commonwealth Court of Pennsylvania.

April 8, 2009.

Trial Ct. No. 02799 March Term 2009.

### *O R D E R*

PER CURIAM.

Now, April 8, 2009, the order of the Court of Common Pleas of Philadelphia entered March 27, 2009 is reversed. The Philadelphia County Board of Elections shall certify the name of R. Seth Williams

as a candidate of the Democratic Party for the office of District Attorney of Philadelphia in the 2009 Municipal Primary.

The Chief Clerk shall send a copy of this order to the Philadelphia County Board of Elections.

Opinion to follow.